IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| MARIA DAVIS, | § § § | |
| Plaintiff, | § § | |
| v. | § § § | CIVIL ACTION NO.<br>SA-12-CV-0560-XR |
| ALAMO COMMUNITY COLLEGE DISTRICT, | § § § § § | |
| Defendant. | § § | |

## STIPULATION OF DISMISSAL

TO THE HONORABLE UNITED STATES DISTRICT COURT JUDGE:

Plaintiff and Defendant hereby stipulate that Plaintiff's claims against Defendant Alamo Community College District are dismissed and that each party shall bear its own costs and expenses relating to such claims.

IT IS SO ORDERED.

SIGNED and ENTERED on this the _____ day of _____, 2012.

_____
JUDGE PRESIDING

AGREED:

_____
Maria Davis
60 Bristol Green
San Antonio, TX 78209
PRO SE PLAINTIFF

#4139286.1


*/s/ Kelli M. Borbón*

James H. Kizziar, Jr.
State Bar No. 11547600
james.kizziar@bgllp.com
Kelli M. Borbón
State Bar No. 00796750
kelli.borbon@bgllp.com
BRACEWELL & GIULIANI LLP
106 South St. Mary's Street, Suite 800
San Antonio, Texas 78205
Telephone:    210/226 1166
Facsimile:    210/226 1133

ATTORNEYS FOR DEFENDANT
ALAMO COMMUNITY COLLEGE DISTRICT